UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| LARRY WURTH, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| vs. ) | Case No. 4:05CV1159 CDP |
| ) | |
| COUNTRY MUTUAL INS. CO., ) | |
| et al., ) | |
| ) | |
| Defendants. ) | |

## MEMORANDUM AND ORDER

This morning I ordered the parties to show cause why I should not impose sanctions for their failure to timely file their pretrial compliance. In that Order, I stated that this case is set for trial on September 11, 2006, with pretrial submissions due on August 22. This case is actually set for trial on September 18, 2006, not September 11 as I previously stated. However, the parties have still failed to file their pretrial submissions, which were due on August 29. For this reason, **the parties are still obligated to respond to my Order to Show Cause by no later than 5 p.m. on September 6, 2006.**

_____
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

Dated this 5th day of September, 2006.